460

380 A.2d 1227

COMMONWEALTH of Pennsylvania

v.

Anthony David ROACHE, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 1977.

Decided Dec. 23, 1977.

Eugene H. Clarke, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.*

---

* The issues raised were:

    1. Whether the trial judge erred in allowing to be admitted into evidence a statement allegedly made by the victim before dying based on hearsay exception;

    2. Whether the trial judge erred in allowing to be admitted into evidence testimony of police efforts to locate appellant after the crime as evidence of flight; and

    3. Whether there was sufficient evidence to support the conviction.